AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| JUAN JAVIER MENCHACA | CASE NUMBER: 08 CR 0755-BTM |

I, JUAN JAVIER MENCHACA, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1326(a) and (b)-Deported Alien Found in the United States (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on March 13, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
MAR 1 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER